UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVE COURTNEY BOLLERS,<br><br>                           Plaintiff,<br><br>-against-<br><br>MEXICAN PRESIDENT THAT WAS IN OFFICE 2006,<br><br>                          Defendant. | 1:21-CV-5438 (LTS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued August 26, 2021, dismissing this action as frivolous,

IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed as frivolous under 28 U.S.C. § 1915(e)(2)(B)(i).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

The Court directs the Clerk of Court to mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   August 26, 2021
          New York, New York

                                              /s/ Laura Taylor Swain
                                                LAURA TAYLOR SWAIN
                                        Chief United States District Judge